**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Suresh Seshadri Kalkunte

*(In the space above enter the full name(s) of the plaintiff(s).)*

REC'D SEP 11 2026

**- against -**

President Donald John Trump

# COMPLAINT

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Suresh S. Kalkunte |
| | Street Address | 1429 N 15th St., Apt. 1G |
| | County, City | Philadelphia, Philadelphia |
| | State & Zip Code | Pennsylvania 19121 |
| | Telephone Number | 267-971-3004 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name President Donald J. Trump
Street Address The White House, 1600 Pennsylvania Ave. NW
County, City Washington DC
State & Zip Code Washington DC 20500

Defendant No. 2
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 3
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 4
Name ______
Street Address ______
County, City ______
State & Zip Code ______

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
Q Federal Questions Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ______

18 U.S. Code § 921 - Definitions

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______________________________

Defendant(s) state(s) of citizenship ______________________________

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ______________________________

Motorola Corp, Sorrento Valley, CA and at other locations

B. What date and approximate time did the events giving rise to your claim(s) occur? ____________

1. At Motorola - between Apr – Jul 2007 occupational exposure to radiation.

2. At other locations - before and after occupational exposure at Motorola.

What happened to you?

C. Facts: _If_ President Donald Trump has exploited lawlessness associated with negative application of radiation to achieve his status in corporate and politic pursuits, in his role at the apex of U.S. government, he orchestrates the vested interests that profit from fear mongering using radiation as a method of torture to stifle free speech of the members of U.S. Congress to enact legislations to punish intentional harm by the negative improvisation of commer radiation emitters to serve as a weapon.

Due to stifled free speech in the U.S. Congress, rule of law at this juncture neither anticipates (absence of statutes/penal code) nor detects (absence of forensic tests) crim committed by the application of ionizing or non-ionizing radiation emitted by a weapon constructed by the negative transformation/rewiring commercial radiation emitters (Examples, X-ray tube salvaged from a medical device, Magnetron salvaged from a household microwave oven etc.) whose emissions are at a potency (i.e. radiated powe level, power density etc.) to injure a member of civil society when exposed to its unshielded/unguarded emissions.

Who did what?

Discovery:

During Apr-Jul 2007 at Motorola, Sorrento Valley, CA, working physically adjacent to R&D of high power unidirectional wireless communication transmitters deployed for long-range Line of Sight voice/data terrestrial and satellite communication systems, my occupational exposure to powerful radiation led to a Family Physician, Dr. Taram Dabo of San Diego CA suspect cancer due to abnormal white blood cell count (symptomatic to "Milham S Jr. Increased mortality in amateur radio operators due to lymphatic and hematopoietic malignancies. Am J of Epidemiology. 1988 Jan;127(1):50-54").

Was anyone else involved?

Existing legal protections to prevent negative health from physical impact of technology:

City ordinances exist when devices emitting excess light or sound invade privacy, there are FCC regulations and Federal statutes that punish acts of obstructing/jamming the functionality of a commercial or government wireless communication transmitter. However, there are no legal safeguards to (1) prevent negative innovation of commercial radiation emitters in the non-ionizing and ionizing segments of the electromagnetic energy spectrum and (2) intentional application of powerful radiation emissions to violate privacy and health of an unsuspecting/defenceless victim. This allows a perpetrator to exploit/usurp radiation's invisible/inaudible physical territory at hospitals, places of living and workplaces to commit close quarters hostility unimpeded by typical building materials since typical building materials pose a modest attenuation (15-20%, Stone WC. Electromagnetic Signal Attenuation in Construction Materials. In:NIST Interagency/Internal Report 6055. 1 Oct 1997) of its potency.

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My previous Pro Se pleading at the U.S. District Court Eastern District of Pennsylvania (PAED) on 4th Sep 2024 (Kalkunte vs. United States et al, 2:24-cv-04676-GAM) to request to the Department of Justice (DoJ) to advocate (legislate changes to the penal code by giving lethal projectile status to dense propagation of high velocity electrons and by categorizing negative transformed/improvised/rewired injury inducing commercial radiation emitters as a weapon type) on my behalf after years of unsuccessful attempts to secure help/cooperation from my Congressional elected representatives in multiple States since 2007 was dismissed on 19th Nov 2024 on two grounds (a) DoJ does not have jurisdiction and (b) my pleading is not supported by evidence to demonstrate "injury in fact" ", i.e., that I have been injured, suffered due to the lack of protection from rule of law and thus breach my 14th amendment equal protection under law right.

To determine if radiation exposure for malice has made an impact on my health to an extent that demonstrates "injury in fact", in May 2026, I had my lower molar tooth broken/extracted May-June 2025 analysed via Scanning Electron Microscope (SEM) imaging and Electron Paramagnetic Resonance (EPR) spectrometry to measure retrospective exposure to ionizing radiation. The SEM and EPR results reveal exposure to ionizing radiation at discernable level though I have not undergone therapeutic radiation therapy so far. Please review EXHIBIT 1 included with this pleading.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Since I have not received a response to my 18th Jul 2026 letter (please see EXHIBIT 2) sent to President Donald Trump requesting that he disclaim that his ascent in corporate/political and government pursuits are unattended by negative use of commercial radiation as a weapon to advance his agenda, I request the Court to facilitate the same on the grounds that this pertains to a U.S. President's personal _not official_ conduct.

Traceability to President Donald Trump

The U.S. Congress is responsible to legislate protections to guard the members of U.S. from intentional harm caused by the application of negative improvisation/ transformation of commercial radiation emissions. President Trump has cultivated fear among lawmakers exemplified by Senator Murkowski's quote "We are all afraid". The unlimited harm posed by negative use of commercial radiation as a weapon renders members of the U.S. Congress held hostage by vested interests who thrive on the existing lawlessness in this regard and thus poses a unsurmountable barrier to strengthen rule of law in this context. In the present state of legal quagmire, I as a Citizen am deprived of legal protection from further physical harm/assault induced by the negative transformation and application of commercial radiation emissions.

Additional Reasons For Relief

The negative application of commercial radiation (e.g. by transforming commercial emitters to a weapon) gives a human the ability to target a member of society to be disfigured, physically/mentally disabled/dependent, and cause death with no legal implications. As an immigrant of the United States in 1994, I was a beneficiary of job opportunities to develop software for applications and devices that power the Internet ecosystem. Growing up in India prior to immigration or in the U.S. as a new immigrant, I had no insight to poverty. As I advanced in my technology job, I noticed that making unethical choices at the workplace would sustain my career growth. With an unequivocal adherence to God, my unbiased stance towards fellow workers caused my ideas for increasing business prospects at my employer to be ignored, my career prospects dwindled and at two points in time confront homelessness because I do not kiss up kick down. My state of poverty for adherence to personal and professional ethics made me acutely aware of the social barriers to upward mobility (education/job/business prospects) experienced by natural born Citizens of the United States who will no betray others for self advancement.

Pursuing this advocacy to strengthen rule of law with respect to negative use of commercial radiation technology has been most burdensome on personal and professional fronts, but I have persevered because, as an immigrant I have to some degree limited the opportunities of a natural born Citizen of the U.S. and this is an effort to lessen burden on people in distress.

In summary, Selective disablement and elimination of lives begs for equal protection of law.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11 day of September, 2026.

Signature of Plaintiff ____________

Mailing Address 1429 N 15th St., Apt. 1G
Philadelphia, PA 19121

Telephone Number 267-971-3004

Fax Number *(if you have one)* ____________

E-mail Address suresh.s.k@outlook.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ____________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ____________________

Inmate Number ____________________

# EXHIBIT 1

## Analysis of Tooth Sample For Radiation Induced Defects

My occupational health challenges in 2007 working near outdoor wireless communication systems caused a General Physician to suspect cancer based on my high white blood count[1]. Though follow-up tests by an oncologist revealed remedial treatment was not necessary, I was surprised to learn there was/is not a single diagnostic test to reveal radiation exposure induced upstream biomarkers leading to a disease state malignant or not.

From Sept 2007 onward, I conveyed to my elected representatives and law enforcement agencies the loop-hole in rule of law where all it takes is a person with electronic circuit design who is empowered to repurpose a commercial radiation emitter whose unshielded radiated power will cause significant harm based on duration of exposure and the emitters distance to a victim up to 25 meters on average for radiofrequency (estimated using a spectral power density calculator e.g. https://www.hintlink.com/power_density.htm) emissions and few meters for ionizing radiation.

In 2008, an FBI consultant has published (my ORCID profile https://orcid.org/0000-0002-7404-0705 contains the reference) the need for safeguards in this context.

After several attempts to seek help from my elected representatives in multiple States spanning 16+ years, I filed a Pro Se Pleading in Sept 2024 (KALKUNTE v. UNITED STATES et al., Case Number:2:24-cv-04676-GAM at the United States District Court, Eastern District of Pennsylvania) _requesting_ the Dept of Justice (DoJ) to recommend Congress develop legislative remedies (updates to Title 18 criminal code for projectiles to include focused high density of electrons capable of physical harm over several meters to punish intimidation using radiation in (1a) government: electoral contestants, elected/appointed (1b) corporations: hostile take-over, elimination of competition - opposite of John Nash's market equilibrium, RICO etc.) and initiate development of associated forensic tests.

My Pro Se pleading was dismissed on 19 Nov 2024 due lack of (2a) DoJs jurisdiction which I reckon is because the DoJ has discretionary duty to advise the Congress but is not mandated and (2b) my pleading did not support my claims with 'injury in fact', i.e. my claims were not supported with proof of being injured by being victimized by negative use of radiation.

In May 2025, a tooth with partially complete root-canal broke and needed to be extracted. I tried to have my extracted tooth analyzed by X-ray Synchrotron Diffraction which reveals the internal structure of the tooth but did not get a response from the university I sought help. In May 2026, my tooth was analyzed via SEM/EDS and EPR for retrospective dosimetry. The results of the tests on my tooth reveal I have been exposed to significant dose of ionizing radiation to support my claims for government control negative/intentional exposure of harmful ionizing and non-ionizing radiation.

Taking into consideration that I have neither worked at a facity that brought me in close proximity to diagnostic/therapeutic ionizing radiation sources nor undergone radiation therapy, the following discovery I submit is intentional harm. From time to time, upon abrupt onset of inflammation sensed as tenderness in the head region - scalp, in/around ear region and 3-4mm wide downward bulge at the roof of my mouth, high intake of raw garlic liquified with tomato

and concomitant intake of Vitamin B12 and Alpha Lipoic Acid supplements which serve as effective adjuvants have brought my health to normalcy. To verify if I have been a target of intentional radiation exposure to dissuade my efforts to control negative application of commercial radiation emitters, my lower jaw molar tooth extracted a year ago was analyzed in May 2026 by Scanning Electron Microscope (SEM) for imaging, Electron Dispersive Spectroscopy (EDS) for tooth enamel surface mineral/oxide composition and retrospective dosimetry with Electron Paramagnetic Resonance (EDS) spectrometry to check for the presence of CO2 anion radicals.

Durimg my recent visit to India, thanks to the affordable cost and access of sophisticated instruments to independent researchers, I had the opportunity to have SEM/EDS testing at the Central Manufacturing Technology Institute (CMTI), Bangalore and EPR testing at the Indian Institute of Technology (IIT) Madras, Chennai.

The SEM/EDS testing at CMTI revealed most regions of my tooth'enamel fragment analyzed exhibit normal appearance, normal mineral/oxide composition except for a few abnormal regions exhibit surface fissures and bleaching artifacts akin to those induced by exposure to ionizing radiation[2][3][4][5]. The SEM-EDS results for tooth enamel fragment analyzed are in pages 4-35 which in summary shows,

A. normal enamel surface confirmed by EDS mineral composition confirmed by EPR spectra of tooth sample T11 which was almost identical to a EPR spectra of the blank/ empty tube,
B. abnormal SEM regions on the tooth enamel confirmed by abnormal EDS mineral and oxide composition associated with radiation exposure.

The EPR testing at IIT Madras summarized in pages 36- 39 found one tooth sample T1 in powder form characterized by signal strengths at g-values representing CO2 radicals. In the field of dental retrospective dosimetry, EPR is a widely accepted method to detect the presence of CO2 radicals on tooth caused by stable carbonate compounds eject an electron upon exposure to ionizing radiation. As I am a beginner in the field of retrospective dosimetry, "____*The ionizing radiation induced CO2– radical has principal g-values at gx=2.0030, gy=1.9973 and gz=2.0015. In X-band measurements, the radical is usually interpreted to appear with an axial symmetry with principal g-values of in the vicinity of g=2.00.25 and g=1.9973*____" [6] forms the basis to associate the EPR spectra from my tooth's powdered enamel sample to be in the same category as other EPR spectra of tooth samples exposed to ionizing radiation[7] [8] [9] [10] [11].

To demonstrate chain-of-custody of my tooth sample at the IIT Madras lab, I used a sand-paper I had carried with me to obtain powder of the tooth enamel resulting in inclusion of sand particles interfere in the sample testing and hence the resulting EPR spectra in addition to strong signal representative of CO2 radicals included artifacts from sand (SiO2). Untested fragments of my tooth are available for verification.

Next Steps, to overcome the EPR spectral artifacts introduced by sand particles in the powdered tooth enamel sample, I am in the process of conducting a retest at a university in Philadelphia (where I live) and use a ASTM 270 (53 micron) mesh to exclude the theoretical smallest sand particle measuring 62 microns.



The broken part of my tooth shown here was used for SEM/EDS analysis at CMTI, Bangalore. The upper part of the tooth seen on the top of the image was characterized by normal surface, mineral and oxide compositions. However, the lower part of the broken fragment which appears yellowish represents the tapering of the enamel merging with the dentine is where the fractured surface with bleaching texture was observed.

At IIT Madras, the powdered enamel was sourced from the extracted tooth at the base of enamel and the pellets were sourced from the enamel forming the upper part of the extracted tooth.

**References**

[1] Milham S Jr. Increased mortality in amateur radio operators due to lymphatic and hematopoietic malignancies. Am J Epidemiolo. 1988 January;127(1):50-54.

[2] da Silva et al. Effect of gamma radiation on human enamel chemical and physical properties . BMC Oral Health. 2025; 25:1646.

[3] Fikri E et al. The Effect of Physical Environment (Gamma Radiation) on Changes in Enamel Structure in Teeth. Univer J of Pub Health. 2024;12(1): 51-60.

[4] Duruk G et al. Effect of different doses of radiation on morphogical, mechanical and chemical properties of primary and permanent teeth-an in vitro study. BMC Oral Health. 2020 Sep 1;20(1):242.

[5] Lu et al. Direct radiation-induced effects on dental hard tissue. Radiation Oncology. 2019;14:5.

[6] Grün R. Two types of CO2− radicals threaten the fundamentals of ESR dating of tooth enamel. Quaternary Geochronology. February–May 2008;3(1–2):150-172.

[7] Jeol Application Notes. Radiation Dose Measurement by ESR of Teeth. ER090003E. Copyright © JEOL Ltd.

[8] Panda M et al. Spectroscopic and dosimetric comparison of tooth enamel separation methods for EPR retrospective dosimetry. Heliyon. 15 May 2024:10( 9):e30571.

[9] Zhumadilov K et al. Tooth Enamel EPR Dosimetry: Optimization of EPR Spectra Recording Parameters and Effect of Sample Mass on Spectral Sensitivity. J. Radiat. Res. 2005;46:435–442.

[10] Oka T et al. Atsushi Takahashi, Kazuma Koarai, Yasushi Kino, Tsutomu Sekine. Detection limit of electron spin resonance for Japanese deciduous tooth enamel and density separation method for enamel–dentine separation. Journal of Radiation Research. July 2022;63(4):609–614.

[11] Gilbert BC et al. A Specialist Periodical Report Electron Paramagnetic Resonance. The Royal Society of Chemistry. 2004;19.

**Project 1** **5/8/2026**

Electron Image 5 (Input1)







| Spectrum 8 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 20.77 | 37.15 |
| O | EDS | 21.66 | 29.09 |
| P | EDS | 18.03 | 12.51 |
| Cl | EDS | 0.66 | 0.40 |
| Ca | EDS | 38.89 | 20.85 |
| Total | | 100.00 | 100.00 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

**Project 1** **5/8/2026**

Electron Image 5 (Input1)







| Spectrum 8 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 37.79 |
| O | | | |
| P | EDS | P2O5 | 27.63 |
| Ca | EDS | CaO | 34.58 |
| Total | | | 100.00 |

Electron Image 6 (Input1)







| Spectrum 9 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 52.07 | 63.33 |
| O | EDS | 33.85 | 30.90 |
| Na | EDS | 0.41 | 0.26 |
| Mg | EDS | 0.28 | 0.17 |
| Al | EDS | 0.27 | 0.14 |
| Si | EDS | 0.22 | 0.12 |
| P | EDS | 3.89 | 1.84 |
| S | EDS | 0.38 | 0.17 |
| Cl | EDS | 0.25 | 0.10 |
| K | EDS | 0.28 | 0.11 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Ca | EDS | 7.49 | 2.73 |
| Zn | EDS | 0.61 | 0.14 |
| Total | | 100.00 | 100.00 |

**Project 1** 5/8/2026

Electron Image 6 (Input1)







| Spectrum 9 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | $CO_2$ | 88.94 |
| O | | | |
| Na | EDS | $Na_2O$ | 0.31 |
| Mg | EDS | MgO | 0.24 |
| Al | EDS | $Al_2O_3$ | 0.26 |
| Si | EDS | $SiO_2$ | 0.24 |
| P | EDS | $P_2O_5$ | 4.30 |
| S | EDS | $SO_3$ | 0.44 |
| K | EDS | $K_2O$ | 0.16 |
| Ca | EDS | CaO | 4.78 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Zn | EDS | ZnO | 0.34 |
| Total | | | 100.00 |

Electron Image 6 (Input1)







| **Spectrum 10** | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 55.32 | 65.54 |
| O | EDS | 34.00 | 30.24 |
| Na | EDS | 0.60 | 0.37 |
| Mg | EDS | 0.29 | 0.17 |
| Al | EDS | 0.64 | 0.34 |
| Si | EDS | 0.63 | 0.32 |
| P | EDS | 1.78 | 0.82 |
| S | EDS | 0.37 | 0.16 |
| Cl | EDS | 0.19 | 0.08 |
| K | EDS | 0.27 | 0.10 |

**Project 1** **5/8/2026**

| | | | |
|---|---|---|---|
| Ca | EDS | 4.00 | 1.42 |
| Ti | EDS | 0.28 | 0.08 |
| Fe | EDS | 0.31 | 0.08 |
| Zn | EDS | 1.31 | 0.28 |
| Total | | 100.00 | 100.00 |

Electron Image 6 (Input1)







| Spectrum 10 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 92.34 |
| O | | | |
| Na | EDS | Na2O | 0.41 |
| Mg | EDS | MgO | 0.24 |
| Al | EDS | Al2O3 | 0.57 |
| Si | EDS | SiO2 | 0.62 |
| P | EDS | P2O5 | 1.82 |
| S | EDS | SO3 | 0.40 |
| K | EDS | K2O | 0.14 |
| Ca | EDS | CaO | 2.38 |

| | | | |
|---|---|---|---|
| Ti | EDS | TiO2 | 0.20 |
| Fe | EDS | Fe2O3 | 0.19 |
| Zn | EDS | ZnO | 0.69 |
| Total | | | 100.00 |

Electron Image 7 (Input1)







| Spectrum 12 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 57.03 | 68.62 |
| O | EDS | 28.04 | 25.33 |
| Na | EDS | 0.46 | 0.29 |
| Mg | EDS | 0.29 | 0.17 |
| Al | EDS | 0.50 | 0.27 |
| Si | EDS | 0.32 | 0.16 |
| P | EDS | 3.73 | 1.74 |
| S | EDS | 0.39 | 0.17 |
| Cl | EDS | 0.35 | 0.14 |
| K | EDS | 0.39 | 0.14 |

OXFORD INSTRUMENTS

Suresh S. Kalkunte, 267-971-3004

**Project 1** **5/8/2026**

| | | | |
|---|---|---|---|
| Ca | EDS | 7.70 | 2.78 |
| Zn | EDS | 0.81 | 0.18 |
| Total | | 100.00 | 100.00 |

**Project 1** **5/8/2026**

Electron Image 7 (Input1)







| Spectrum 12 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 89.32 |
| O | | | |
| Na | EDS | Na2O | 0.33 |
| Mg | EDS | MgO | 0.24 |
| Al | EDS | Al2O3 | 0.45 |
| Si | EDS | SiO2 | 0.32 |
| P | EDS | P2O5 | 3.81 |
| S | EDS | SO3 | 0.41 |
| K | EDS | K2O | 0.20 |
| Ca | EDS | CaO | 4.50 |

OXFORD INSTRUMENTS

Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Zn | EDS | ZnO | 0.42 |
| Total | | | 100.00 |

Electron Image 7 (Input1)







| Spectrum 13 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 57.59 | 67.50 |
| O | EDS | 32.19 | 28.33 |
| Na | EDS | 0.67 | 0.41 |
| Mg | EDS | 0.37 | 0.22 |
| Al | EDS | 0.51 | 0.27 |
| Si | EDS | 0.16 | 0.08 |
| P | EDS | 2.23 | 1.01 |
| S | EDS | 0.52 | 0.23 |
| Cl | EDS | 0.48 | 0.19 |
| K | EDS | 0.56 | 0.20 |

**Project 1** **5/8/2026**

| | | | |
|---|---|---|---|
| Ca | EDS | 4.08 | 1.43 |
| Zn | EDS | 0.61 | 0.13 |
| Total | | 100.00 | 100.00 |

Electron Image 7 (Input1)







| Spectrum 13 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 92.81 |
| O | | | |
| Na | EDS | Na2O | 0.47 |
| Mg | EDS | MgO | 0.31 |
| Al | EDS | Al2O3 | 0.46 |
| Si | EDS | SiO2 | 0.16 |
| P | EDS | P2O5 | 2.26 |
| S | EDS | SO3 | 0.56 |
| K | EDS | K2O | 0.28 |
| Ca | EDS | CaO | 2.37 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Zn | EDS | ZnO | 0.32 |
| Total | | | 100.00 |

Electron Image 7 (Input1)







| Spectrum 14 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 61.80 | 70.35 |
| O | EDS | 31.47 | 26.90 |
| Na | EDS | 0.69 | 0.41 |
| Mg | EDS | 0.39 | 0.22 |
| Al | EDS | 0.42 | 0.21 |
| P | EDS | 1.28 | 0.56 |
| S | EDS | 0.61 | 0.26 |
| Cl | EDS | 0.71 | 0.27 |
| K | EDS | 0.69 | 0.24 |
| Ca | EDS | 1.27 | 0.43 |

| | | | |
|---|---|---|---|
| Zn | EDS | 0.66 | 0.14 |
| Total | | 100.00 | 100.00 |

**Project 1** 5/8/2026

Electron Image 7 (Input1)







| Spectrum 14 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | $CO_2$ | 95.65 |
| O | | | |
| Na | EDS | $Na_2O$ | 0.46 |
| Mg | EDS | MgO | 0.31 |
| Al | EDS | $Al_2O_3$ | 0.36 |
| P | EDS | $P_2O_5$ | 1.24 |
| S | EDS | $SO_3$ | 0.63 |
| K | EDS | $K_2O$ | 0.33 |
| Ca | EDS | CaO | 0.70 |
| Zn | EDS | ZnO | 0.32 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Total | | | 100.00 |

Electron Image 8 (Input1)







| Spectrum 16 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 56.92 | 67.83 |
| O | EDS | 30.11 | 26.94 |
| Na | EDS | 0.52 | 0.32 |
| Mg | EDS | 0.27 | 0.16 |
| Al | EDS | 0.30 | 0.16 |
| P | EDS | 3.54 | 1.64 |
| S | EDS | 0.32 | 0.14 |
| Cl | EDS | 0.43 | 0.17 |
| K | EDS | 0.48 | 0.18 |
| Ca | EDS | 6.57 | 2.34 |

OXFORD INSTRUMENTS
Suresh S. Kalkunte, 267-971-3004

| | | | |
|---|---|---|---|
| Zn | EDS | 0.53 | 0.12 |
| Total | | 100.00 | 100.00 |

Electron Image 8 (Input1)







| Spectrum 16 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 90.58 |
| O | | | |
| Na | EDS | Na2O | 0.38 |
| Mg | EDS | MgO | 0.23 |
| Al | EDS | Al2O3 | 0.28 |
| P | EDS | P2O5 | 3.71 |
| S | EDS | SO3 | 0.35 |
| K | EDS | K2O | 0.25 |
| Ca | EDS | CaO | 3.94 |
| Zn | EDS | ZnO | 0.28 |

| | | | |
|---|---|---|---|
| Total | | | 100.00 |

Electron Image 8 (Input1)







| Spectrum 18 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 23.57 | 37.93 |
| O | EDS | 31.63 | 38.21 |
| Na | EDS | 0.42 | 0.35 |
| P | EDS | 14.63 | 9.13 |
| Cl | EDS | 0.49 | 0.27 |
| Ca | EDS | 29.26 | 14.11 |
| Total | | 100.00 | 100.00 |

OXFORD INSTRUMENTS

Suresh S. Kalkunte, 267-971-3004

Electron Image 8 (Input1)







| Spectrum 18 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 49.65 |
| O | | | |
| Na | EDS | Na2O | 0.42 |
| P | EDS | P2O5 | 23.00 |
| Ca | EDS | CaO | 26.93 |
| Total | | | 100.00 |

**Project 1** **5/8/2026**

Electron Image 9 (Input1)







| Spectrum 19 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 17.50 | 34.99 |
| O | EDS | 13.09 | 19.66 |
| P | EDS | 21.36 | 16.56 |
| Ca | EDS | 48.05 | 28.79 |
| Total | | 100.00 | 100.00 |

Electron Image 9 (Input1)







| Spectrum 19 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 28.53 |
| O | | | |
| P | EDS | P2O5 | 31.05 |
| Ca | EDS | CaO | 40.42 |
| Total | | | 100.00 |

Electron Image 9 (Input1)







| Spectrum 20 | | | |
|---|---|---|---|
| Element | Signal Type | Wt% | Atomic % |
| C | EDS | 8.50 | 14.17 |
| O | | 50.68 | 63.48 |
| P | EDS | 13.17 | 8.52 |
| Ca | EDS | 27.66 | 13.83 |
| Total | | 100.00 | 100.00 |

Electron Image 9 (Input1)







| Spectrum 20 | | | |
|---|---|---|---|
| Element | Signal Type | Oxide | Oxide % |
| C | EDS | CO2 | 31.13 |
| O | | | |
| P | EDS | P2O5 | 30.17 |
| Ca | EDS | CaO | 38.70 |
| Total | | | 100.00 |

36/39

Filename: T1
DATE: 2026/05/12 09:53

JES-FA SERIES A-SYSTEM




| | | | | |
|---|---|---|---|---|
| FREQ= 9453.366 [MHz] | FIELD CENTER=337.000[mT], WIDTH+/-= 5.000[mT] | MOD FREQ=100.00[kHz], WIDTH= 0.4000[mT] | TIME CONSTANT CH1=0.03, CH2=0.03[s] | PHASE CH1=0.00, CH2=0.00 [deg] |
| POWER=4.00000 [mW] | SWEEP TIME= 2.0[min] ACCUM: 2 | AMPLITUDE CH1=200.0, CH2=2.0 | RECEIVER MODE CH1=1st, CH2=2nd | Mn=20 Suresh S. Kalkunte, 267-971-3004 |

Filename: T11_cf_337
DATE: 2026/05/12 10:53

JES-FA SERIES A-SYSTEM




| | | | | |
|---|---|---|---|---|
| FREQ= 9445.429 [MHz] | FIELD CENTER=337.000[mT], WIDTH+/-= 25.000[mT] | MOD FREQ=100.00[kHz], WIDTH= 0.4000[mT] | TIME CONSTANT CH1=0.03, CH2=0.03[s] | PHASE CH1=0.00, CH2=0.00 [deg] |
| POWER=4.00000 [mW] | SWEEP TIME= 2.0[min] ACCUM: 4 | AMPLITUDE CH1=100.0, CH2=2.0 | RECEIVER MODE CH1=1st, CH2=2nd | Mn=20 Suresh S. Kalkunte, 267-971-3004 |




# Sample 1: Blank vs. Powdered Tooth Spectra With g-values

Suresh S. Kalkunte, 267-971-3004




Sample 2: Blank vs. Tooth fragments Spectra

Suresh S. Kalkunte, 267-971-3004

# EXHIBIT 2



18 July 2026

The President
The White House
1600 Pennsylvania Avenue, Northwest
Washington, DC 20500

Dear Mr. President:

This letter is motivated by "Speak Truth Seek Justice".

An unprecedented challenge to Rule of Law (RoL) is posed by the weaponization of commercial radiation components (e.g. Magnetron salvaged from a microwave oven, X-ray tube salvaged from medical diagnostic device etc.) and their application to stifle competition via criminal intimidation/coercion in every walk of life to the extant such insult induces disease/dependance and death. This gap in RoL gives unlimited opportunity for lawlessness.

To distance yourself from exploiting this unfortunate gap in RoL, I humbly request you to give in writing "I disclaim criminal application of weaponized radiation technology to compromise the health of my competitors/adversaries and/or their household to achieve success in my private/ commercial and political endeavors".

Primitive human cultures have used extermination of one's adversary/competitor to achieve self-preservation (e.g. conflict of indigenous tribes with early settlers of America). Such savagery can be attributed to a lack of awareness of the virtues of civilized interaction among members of a society promotes mutual growth and co-existence. Domination over fellow humans by savagery has not and I pray is unlikely to be an enduring practice in this world. The distinct prospect of an ongoing sub-state violence/savagery emerges since crime using weaponized commercial radiation sources short-circuits RoL. Businesses get driven out by an aggressor (hostile take-over by intimidating board-members or owner), politician can subdue opponents with impunity and at a more fine-grained level, people in all walks of life who enforce discipline, averse to waste, abuse, neglect are in peril.

Evidence:
A. Lesinski et al[1] have found high mortality rates among females in supervisory roles. An interview with one of the co-authors[2] lists female supervisors in roles such as 'landscaping, lawn service and groundskeeping workers and housekeeping and janitorial workers' are among leading victims of cancer mortality. If all females in the above two job categories were vulnerable to cancer mortality, there is credibility for occupational exposure to chemical treatment of lawn or chemicals in cleaning profession respectively contribute to the unfortunate outcome.

B. B. Burnett et al[3] in their analysis of occupational mortality statistics mention (please refer to Table 4.5 and related discussion in page-13) "As with white females, these (cause of death for black females) are not recognized occupational associations" with reference to Demyelinating diseases occurring in occupations like teachers.

C. Since 2007, I have pursued a self-directed effort to advance RoL in this context. The abuse I have suffered via criminal use of radiation came to light in May 2026 where my extracted tooth analyzed via Scanning Electron Microscope, Electron Dispersive Spectroscopy reveal exposure to significant dose of ionizing radiation over an extended duration confirmed by retrospective dosimetry via Electron Paramagnetic Resonance spectrometry.

Faithfully,
Suresh S. Kalkunte

[1] Lesinski J, Yi J, Ghias E et al. Cancer mortality rates by detailed occupation among US working-age adults between 2020 and 2023: a population-based study. The Lancet Oncology, 2025; 27, 79-89

[2] Stringer K. Jobs with the highest cancer deaths in the U.S.. https://deohs.washington.edu/news/jobs-highest-cancer-deaths-us. February 2026.

[3] Burnett C, Maurer J, Rosenberg HM et al. Mortality of Occupation, Industry, and Cause of Death 24 Reporting States (1984 - 1988). DHHS (NIOSH) Publication No. 97 - 114. June 1997.